JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-07355 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Alex Ayala, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Alex Ayala, in the principal amount of $59,592.38 plus interest accrued to September 1, 2011, in the sum of $10,403.79; with interest accruing thereafter at the daily rate of $4.03 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$69,996.17**.

DATED: 10/24/2011       By: _____ Terry Nafisi _____
                                Clerk of the Court
                                    A. Martinez
                                _____
                                Deputy Clerk
                                United States District Court