```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Alex Ayala,<br><br>　　　　　Defendant | No. CV 11-07355<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Alex Ayala, in the principal amount of $59,592.38 plus interest accrued to September 1, 2011, in the sum of $10,403.79; with interest accruing thereafter at the daily rate of $4.03 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$69,996.17**.

DATED: 10/24/2011　　　　　　By:　　　Terry Nafisi
　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court

Page 5